U.S. Department of Justice  
Washington, D.C.  
03/26/19/lf

Criminal Docket

CR. No. **M-19-522**

McALLEN Division

**SEALED INDICTMENT** Filed: March 26, 2019  
County: Hidalgo  
Lions #:  
UNITED STATES OF AMERICA

v.

RICHARD QUINTANILLA  
-WARRANT-

Judge: **MICAELA ALVAREZ**

Attorneys:  
RYAN K. PATRICK, UNITED STATES ATTORNEY

ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY

Cts. 1-18

Robert Steindel, Ret'd (956) 381-0939  
Jaime Pena, Ret'd (956) 383-0751

Charge(s):

| | | |
|---|---|---|
| Ct. 1: | Conspiracy to Commit Honest Services Wire Fraud | |
| | Title 18, United States Code, Sections 1343, 1346, and 1349 | |
| Cts. 2-7: | Honest Services Wire Fraud | |
| | Title 18, United States Code, Sections 1343, 1346, and 2 | |
| Ct. 8: | Federal Program Bribery | |
| | Title 18, United States Code, Sections 666(a)(2) and 2 | |
| Ct. 9: | Conspiracy to Launder Monetary Instruments | |
| | Title 18, United States Code, Section 1956(h) | |
| Cts. 10-17: | Money Laundering | |
| | Title 18, United States Code, Section 1956(a) | |
| Ct. 18: | Travel Act | |
| | Title 18, United States Code, Sections 1952(a)(3) | |

Total Counts **(18)**

Penalty:

Ct. 1-7, 9-17: Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count)

Ct. 8: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Ct. 18: Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency: Federal Bureau of Investigation - Jason Malkiewicz - 194B-SA-2052028  
Internal Revenue Service - Sonia Hurtado - 1000283338

Proceedings

Date.