UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO: 7:19-cr-0522-01 |
| | § | |
| RICARDO QUINTANILLA | § | |

### ORDER OF RECUSAL

After reviewing the docket proceedings in this matter, I must recuse myself from said matter and any and all related proceedings connected to this criminal prosecution pursuant to 28 U.S.C. §455(a) & (b)(3).

**DONE** on the 8th day of April, 2019 at McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge

1