**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 7:19-cr-00522-1** |
| | § | |
| **RICARDO QUINTANILLA, et. al.** | § | |

**ORDER ON MOTION TO TRAVEL OUTSIDE SOUTHERN DISTRICT OF TEXAS**

The above and foregoing Motion to Travel is hereby

{GRANTED} {DENIED}

SIGNED on this _____day of _____, 2019.


_____
**HONORABLE JUDGE PRESIDING**