United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
JUN 0 3 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-00522-1 |
| § | |
| RICARDO QUINTANILLA § | |

# ORDER

On this date came on to be considered Ricardo Quintanilla's "Unopposed Motion to Travel Outside of the Southern District of Texas" [*Dkt. No. 66*]. The Court, after duly considering said motion, hereby **GRANTS** the motion to travel in the following manner: Ricardo Quintanilla may travel to Orlando, Florida on *Wednesday, June 9, 2019 and return no later than Saturday, June 15, 2019*; provided that prior to those dates Ricardo Quintanilla provides his travel schedule to the Probation Department. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of June, 2019.

Micaela Alvarez
United States District Judge