IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Criminal No. 7:19-cr-00522-1 |
| RICARDO QUINTANILLA, et. al. | § | |

## DEFENDANT'S MOTION TO JOIN AND ADOPT MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICARDO QUINTANILLA, Defendant, by and through his undersigned counsel, and respectfully joins in and adopts all applicable pre-trial and trial motions filed by his co-defendants.

Date: September 20, 2019

                                                                              Respectfully submitted,

PEÑA ALECZANDER
3900 N. 10th St., Suite 1050
McAllen, TX 78501
Tel.: (956) 948-2221
Fax: (956) 888-422-6821

By:   /s/ Jaime Peña
       Jaime Peña, Esq.
       State Bar No.: 90001988
       Federal ID No. 289815
       jpena@pgglex.com

Robert Casas Steindel
3827 N. 10th Street, Suite 302
McAllen, Texas 78501
(956) 800-1137 Phone
(956) 800-1138 Fax
Rsteindel96@gmail.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

A copy of the motion was forwarded to the Government and it indicated that it is not opposed to the extent that they apply to this Defendant.

By: /s/ Jaime Peña
Jaime Peña

## CERTIFICATE OF SERVICE

This is to certify that on September 20, 2019, a true and correct copy of this motion was served on all parties of record via ECF.

By: /s/ Jaime Peña
Jaime Peña