Case 7:19-cr-00522   Document 122   Filed on 10/22/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-522 |
| | § | |
| RICARDO QUINTANILLA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court are Defendant Ricardo Quintanilla's Motion to Reveal Special Considerations Granted to Government Witnesses[1]; Motion for Pre-trial Hearing to Determine Admissibility of Co-Conspirator's Statements[2]; Motion to Join and Adopt Motions[3]; Motion in Limine and/or Motion to Exclude[4]; and Defendant Daniel Garcia's Motion to Adopt and Conform Applicable Motions of Each Co-Defendant and Memorandum in Support. The Government has filed a response to such motions.

The Court, having considered said motions, the response, the record and the applicable legal principles, hereby DENIES the motions as presented. The Court notes that it has previously entered a Discovery Order in this case which covers some of the discovery sought in these motions. That Discovery Order provides that "[n]o motion for discovery shall be filed unless the United States has denied discovery and the motion shall specifically set forth the requested discovery and must include a certification that the request was made and the Government refused to disclose the requested discovery." Defendants have not complied with this prerequisite to filing a motion.

Nonetheless, at the time of trial, the Court will insure that the Government complies with its discovery obligations. Regarding the request for a *James*[5] hearing, the Court will determine the appropriate manner in which to resolve that issue at the time of trial.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of October, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 97.
[2] Dkt. No. 98.
[3] Dkt. NO. 99.
[4] Dkt. No. 100.
[5] *United States v. James*, 590 F.2d 575 (5th Cir. 1979) (en banc), c*ert denied,* 442 U.S. 917 (1979).