United States District Court
Southern District of Texas
**ENTERED**
January 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-522-1 |
| | § | |
| RICARDO QUINTANILLA | § | |

## ORDER

Came on to be considered the Government's "Opposed Motion for Continuance" [*Dkt. No. 147*] wherein the Government seeks a continuance as to Ricardo Quintanilla. The Court previously continued "the case" but referenced only Arturo C. Cuellar and Daniel J. Garcia in its order. That order was intended to continue the trial of this case as to all three defendants.

Accordingly, and for the same reasons stated in its order of January 23, 2020, the motion for continuance is hereby **GRANTED** and this entire case including Ricardo Quintanilla is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for February 4, 2020, at 9:00 a.m. is hereby reset for *July 2, 2020, at 9:00 a.m.* and Jury Selection previously set for February 6, 2020 at 9:00 a.m. is hereby reset for *July 7, 2020, at 9:00 a.m.* in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.
DONE at McAllen, Texas, this 30th day of January, 2020.

Micaela Alvarez
United States District Judge