United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-00522- |
| § | 1, 3, 4 |
| RICARDO QUINTANILLA, § | |
| ARTURO C. CUELLAR, § | |
| DANIEL J. GARCIA. § | |

## ORDER

On August 12, 2021 this case was called for a status conference. Defendant Ricardo Quintanilla was represented by his attorney, Jaime Pena; Defendant Arturo C. Cuellar was represented by his attorney, Carlos Garcia; and Defendant Daniel J. Garcia was represented by his attorneys, Clay Conrad, Oscar Vega and Chris Sully. The United States was represented by Robert Lopez and Erika Waymack. After discussion regarding a request for a continuance, the Court finds that the ongoing pandemic and the recent spike in the Delta variant COVID-19 cases present risks to the safety of the participants in this trial and the community at large. Accordingly, pursuant to the authority provided by the CARES Act, the Court continues the case and sets the following schedule:

Status Conference: November 4, 2021 at 10:00 a.m.
Jury Selection: January 10, 2021 at 9:00 a.m.
Jury Trial: January 10, 2021 at 9:00 a.m.

All other deadlines remain the same.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of August, 2021.

Micaela Alvarez
United States District Judge